Affirm
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Amerihome/sm
PO Box 100078
Duluth, GA 30096-9377

Avant
222 Merchandise Mart Plz
Chicago, IL 60654-1103

Cap One Auto
Credit
Bureau DISPUTE
Plano, TX 75025

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Discovercard
PO Box 30939
Salt Lake City, UT 84130-0939

First Community Cu
15715 Manchester Rd
Ellisville, MO 63011-2205

Internal Revenue Service
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Joshua McDaniels
5337 Presbyterian Dr
Zuni, VA 23898

Mary Flynn
306 Harding Ave
Maryland Heights, MO 63043

Missouri Rentals Company LLC
c/o Zachary McMichael
8182 Maryland Ave, 15th Floor
Saint Louis, MO 63105

Toyota Financial Services
PO Box 842701
Boston, MA 02284

Upstart/drb
PO Box 1503
San Carlos, CA 94070-7503

US Attorneys Office
111 S 10th St, Rm 20.333
Saint Louis, MO 63102